1 | BENJAMIN B. WAGNER
United States Attorney
2 | NICHOLAS M. FOGG
Special Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2700

5

6

7 |                    IN THE UNITED STATES DISTRICT COURT

8 |                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        )    2:11-CR-00525-EFB
                                    )
11 |          Plaintiff,             )    Order Continuing Judgment and
                                    )    Sentencing
12 |     v.                          )
                                    )
13 | GERRY ALIRE,                    )    DATE:  June 25, 2012
                                    )    TIME:  10:00 a.m.
14 |          Defendant.             )    JUDGE: Edmund F. Brennan
    _____ )

15

16 |      It is hereby ordered that the Judgement and Sentencing set

17 | for June 25, 2012 is VACATED.  It is further ordered that a

18 | Judgement and Sentencing is set for August 27, 2012 at 10 a.m.

19 |      IT IS SO ORDERED.

20 | Dated: June 21, 2012

21 |                        EDMUND F. BRENNAN
                           UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28